# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139178

EDWARD JOHN PENNINGTON,
    Plaintiff-Appellant,

v

                                                              SC: 139178
                                                              COA: 288342

DEPARTMENT OF CORRECTIONS,
    Defendant-Appellee.
                                                             Branch CC: 08-007415-AH

_____/

      On order of the Court, the application for leave to appeal the May 20, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009                                           
                                                 Clerk

d0921